JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE SOLIS, | Case No. CV 20-8474-DMG (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and the above-captioned case is dismissed in its entirety with prejudice.

DATED:  March 27, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE